UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Terence R James
PLAINTIFF

VS.

CASE NO. 1:25-CV-02773

Edward Dunn et al.
DEFENDANT(S)

## MOTION

Motion to Dismiss

It is obvious that I am not a United States citizen. I have been a productive member of this country my whole life. My contribution were accepted as a way of life due to my finaccial stature. The attempt on my life was murder. I can't even present a fundamental Constitutional case before the courts. My shame for myself in the belief in the princples of Democracy is an emotional weight that is now easier to carry. Democracy is a lie. What I have learned from my experiences is the Right to life, liberty, and the pursuit of happiness is only a TV commercial. I accept my title as the government slave and Niger. This motion to dismiss is reflective of this

**RECEIVED**

AUG 26 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Signature
Terence R James
Name (if applicable, Prisoner ID No.)
65 Massachuetts AVE NW
Address/Facility Address
Washington  DC  20001
City          State   Zip Code

Rev: 8/8/2024
*Use additional pages as needed